# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:05CR212** |
| vs. | ) | |
| | ) | **ORDER** |
| **ALICE BUCKLER,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on defendant's motion for an extension of time to file pretrial motions [17]. This matter has already been set for trial, and the deadline for filing pretrial motions expired on June 22, 2005. The motion alleges good cause for a continuance; however, the defendant has not filed a waiver of speedy trial as required by NECrimR 12.1 or 12.3(a). Accordingly,

**IT IS ORDERED:**

1. Defendant's Motion [17] is held in abeyance pending compliance with NECrimR 12.1 or 12.3(a).

2. Defendant shall electronically file the required waiver before the close of business on July 1, 2005.

**DATED June 28, 2005.**

                               **BY THE COURT:**

                                **s/ F.A. Gossett**
                                **United States Magistrate Judge**